AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| CRISTIAN DANIEL QUINATOA GUACHAMIN<br><br>_____<br>*Petitioner*<br>v.<br>WARDEN OF THE ELIZABETH CONTRACT<br>DETENTION FACILITY<br>_____<br>*Respondent*<br>*(name of warden or authorized person having custody of petitioner)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. _____<br>*(Supplied by Clerk of Court)* |

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1.　(a) Your full name:　CRISTIAN DANIEL QUINATOA GUACHAMIN

　　(b) Other names you have used:　N/A

2.　Place of confinement:

　　(a) Name of institution:　ELIZABETH CONTRACT DETENTION FACILITY

　　(b) Address:　625 EVANS STREET, ELIZABETH, NJ 07201

　　(c) Your identification number:　246221589

3.　Are you currently being held on orders by:

　☑ Federal authorities　　☐ State authorities　　☐ Other - explain:

4.　Are you currently:

　☐ A pretrial detainee (waiting for trial on criminal charges)

　☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

　　If you are currently serving a sentence, provide:

　　　(a) Name and location of court that sentenced you: _____

　　　(b) Docket number of criminal case: _____

　　　(c) Date of sentencing: _____

　☑ Being held on an immigration charge

　☐ Other *(explain)*: _____

**Decision or Action You Are Challenging**

5.　What are you challenging in this petition:

　☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

_____

6.  Provide more information about the decision or action you are challenging:
    (a) Name and location of the agency or court:  U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT.
    ELIZABETH CONTRACT DETENTION FACILITY.
    (b) Docket number, case number, or opinion number:  246-221-589
    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
    The petitioner is challenging the unlawful detention by U.S. Immigration and Customs Enforcement(ICE) which
    was initiated on March 10, 2026, following an asylum interview. The petitioner asserts that the detention is
    unlawful and that no adequate bond hearing or due process was provided.
    (d) Date of the decision or action:  March 10th, 2026.

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**
    Did you appeal the decision, file a grievance, or seek an administrative remedy?
    ☐ Yes          ☑ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

        _____

        _____

        _____

        _____

    (b) If you answered "No," explain why you did not appeal: _____

    _____

8.  **Second appeal**
    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes          ☐ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: March 10th, 2026 _____

(b)    Date of the removal or reinstatement order: N/A _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes            ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes            ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**    The petitioners detention violates his right to due process under the fifth amendment, as he was

taken into custody without a timely bond hearing or sufficient justification for continued detention.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

**On March 10th, 2026, petitioner was detained after Asylum interview. The petitioner has not been provided a bond hearing and no individualized determination has been made as to whether he poses a danger or flight risk. As a result, he has been deprived of a prompt bond hearing and due process**

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b)  Did you present Ground Four in all appeals that were available to you?

❏ Yes               ❏ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

_____

## Request for Relief

15.  State exactly what you want the court to do:  Petitioner respectfully requests that this Court grant the writ of habeas corpus, order his immediate release from detention, and provide any further relief the court deems just and proper.

_____

_____

_____

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:        03/17/2026

Cristian Daniel Quinatoa Guachamin

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

| Print | Save As... | | Reset |
|---|---|---|---|